

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2015

No. 04-15-00405-CV

David **GILLESPIE** and Michael O'Brien,
Appellants

v.

A.L. **HERNDEN** and Frederick R. Zlotucha,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10278
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

To date, appellant David Gillespie has failed to pay the applicable filing fee in this appeal. Texas Rule of Appellate Procedure 5 provides,

> A party who is not excused by statute or these rules from paying costs must pay— at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

We, therefore, ORDER appellant, within ten (10) days of the date of this order, to either (1) pay the applicable filing fee in this appeal or (2) provide written proof to this court that he is excused by statute or these rules from paying the filing fee. *See* TEX. R. APP. P. 20.1 (providing that party who qualifies as indigent under Rule 20 may proceed without advance payment of costs). If appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

Karen Angelini
_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2015.



Keith E. Hottle

Clerk of Court